Order entered December 11, 2012

005234



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01171-CV

**SEIB FAMILY GP, LLC, Appellant**

**V.**

**BANK OF THE OZARKS, ET AL., Appellees**

On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-04057

## ORDER

The Court has before it appellant's unopposed first motion for extension of time to electronically file appendix. The Court **GRANTS** the motion and **ORDERS** appellant to file the appendix within five days of the date of this order.

MOLLY FRANCIS
JUSTICE